IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNION RESCUE MISSION, INC.**                                                                 **PLAINTIFF**

v.                           **Case No. 4:14-cv-00434-KGB**

**UNITED STATES OF AMERICA**                                                         **DEFENDANT**

## ORDER

The parties have filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 22). Pursuant to the parties' joint stipulation, all claims and counterclaims in this action are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

SO ORDERED this the 2nd day of September, 2015.

_____
Kristine G. Baker
United States District Judge